UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Roy K. Altman**

| | |
|---|---|
| Barreto v. Home Depot U.S.A., Inc. | Case No: 0:18-cv-60608 |
| Sandsgroup International, Ltd. v. Golf Time LLC | Case No: 0:18-cv-60652 |
| International Fidelity Ins. Co. v. Alima | Case No: 0:18-cv-60810 |
| Evich v. Target Corp. | Case No. 0:18-cv-61062 |
| Greenberg v. Hilton Worldwide Holdings, Inc. | Case No. 0:18-cv-61423 |
| Seahorse Oceanside Apartments v. Homesite Ins. Co. | Case No. 0:18-cv-61755 |
| Morel v. Thies | Case No. 0:18-cv-61980 |
| Morano v. Allegiant Air LLC | Case No. 0:18-cv-62313 |
| Rehman v. Dania Entertainment Center, LLC | Case No. 0:18-cv-62481 |
| Wilshire Insurance Co. v. S&D Motels Corp. | Case No. 0:18-cv-62723 |
| Fonseca v. Wal-Mart Stores, East LP | Case No. 0:18-cv-62768 |
| Satz v. Oncology & Hematology Assoc. | Case No. 0:18-cv-62913 |
| Johnson v. Bermans Service Station, Inc. | Case No. 0:18-cv-63081 |
| Merideth v. Faneuil, Inc. | Case No. 0:19-cv-60116 |
| Brown v. Air Line Pilots | Case No. 0:19-cv-60242 |
| Nguyen v. Vital Pharmaceuticals, Inc. | Case No. 0:19-cv-60261 |
| Irby Construction Co. v. QTI, Inc. | Case No. 0:19-cv-60412 |
| Orelien v. Sea Club Ocean Resort Hotel, Inc. | Case No. 0:19-cv-60465 |
| BeSweet Creations, LLC v. TruReflections, Inc. | Case No. 0:19-cv-60490 |
| Rebalko v. The City of Coral Springs | Case No. 0:19-cv-60569 |
| Guerra v. Islacel Corporation | Case No. 0:19-cv-60694 |
| Robinson v. Magic Leap Inc. | Case No. 0:19-cv-60743 |
| Stubbs v. Sunbelt Rentals, Inc. | Case No. 0:19-cv-60821 |

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Roy K. Altman**. Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all ripe pending motions that have not been referred to the paired Magistrate Judge, and are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04 ). It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Roy K. Altman** as of Thursday, April 11, 2019, for all further proceedings. It is further ORDERED that all pleadings hereafter filed shall bear the assigned case number followed by the initials RKA in lieu of the present initials.

**DONE AND ORDERED in Chambers at Miami, Florida, this Thursday, April 11, 2019.**

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

c: All counsel of record/pro se parties