UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfer to
District Judge Roy A. Altman
_____/

| | |
|---|---|
| Barreto v. Home Depot U.S.A., Inc. | Case No. 18-cv-60608-RKA |
| Sandsgroup International, Ltd. v. Golf Time LLC | Case No. 18-cv-60652-RKA |
| Interational Fidelity Ins. Co. v. Alima | Case No. 18-cv-60810-RKA |
| Evich v. Target Corp. | Case No. 18-cv-61062-RKA |
| Greenberg v. Hilton Worldwide Holdings, Inc. | Case No. 18-cv-61423-RKA |
| Seahorse Oceanside Apartments v. Homesite Ins. Co. | Case No. 18-cv-61755-RKA |
| Morel v. Thies | Case No. 18-cv-61980-RKA |
| Morano v. Allegiant Air LLC | Case No. 18-cv-62313-RKA |
| Rehman v. Dania Entertainment Center, LLC | Case No. 18-cv-62481-RKA |
| Wilshire Insurance Co. v. S&D Motels Com. | Case No. 18-cv-62723-RKA |
| Fonseca v. Wal-Mart Stores, East LP | Case No. 18-cv-62768-RKA |
| Satz v. Oncology & Hematology Assoc. | Case No. 18-cv-62913-RKA |
| Johnson v. Bermans Service Station, Inc. | Case No. 18-cv-63081-RKA |
| Merideth v. Faneuil, Inc. | Case No. 19-cv-60116-RKA |
| Brown v. Air Line Pilots | Case No. 19-cv-60242-RKA |
| Nguyen v. Vital Pharmaceuticals, Inc. | Case No. 19-cv-60261-RKA |
| Irby Construction Co. v. QTI, Inc. | Case No. 19-cv-60412-RKA |
| Orelien v. Sea Club Ocean Resort Hotel, Inc. | Case No. 19-cv-60465-RKA |
| Besweet Creations, LLC v. TruReflections, Inc. | Case No. 19-cv-60490-RKA |

| | |
|---|---|
| Rebalko v. The City of Coral Springs | Case No. 19-cv-60569-RKA |
| Guerra v. Islacel Corporation | Case No. 19-cv-60694-RKA |
| Robinson v. Magic Leap Inc. | Case No. 19-cv-60743-RKA |
| Stubbs v. Sunbelt Rentals, Inc. | Case No. 19-cv-60821-RKA |

**CERTIFICATION AND ORDER FOR TRANSFER TO MAGISTRATE JUDGE**

**THIS CAUSE** is before the Court upon the Order of Reassignment from United States District Judge Darrin P. Gayles to United States District Judge Roy K. Altman. The undersigned has reviewed the files and hereby certifies that there are no pending referred motions in these cases. **THEREFORE**, the Clerk of Court shall transfer the Magistrate Judge assignment for these cases to United States District Judge Roy K. Altman's paired Magistrate Judge.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of April 2019.

BARRY S. SELTZER
United States Magistrate Judge

Copies furnished via CM/ECF to all counsel of record and/or pro se parties