UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Mario Guerra, individually and<br>On behalf of other similarly situated | ) <br> ) <br> ) | Case No. 19-cv-60694-PDG |
| Plaintiff, | ) <br> ) | CLASS ACTION |
| v. | ) <br> ) | |
| Islacel Corporation | ) <br> ) | |
| Defendant. | ) | |

## ATTORNEY NOTICE OF APPEARANCE

Islacel Corporation, Defendant in the above styled action, by and through undersigned counsel, hereby request that all notices given or required to be given, and all papers served or required to be served be given to and served upon the following:

> Edward A. Maldonado, Esq.
> Florida Bar No. 0129781
> MALDONADO LAW GROUP
> 2850 Douglas Road. Suite 303
> Coral Gables, Florida 33134
> Telephone: (305) 477-7580
> Facsimile: (305) 477-7504
> E-mail: eam@maldonado-group.com

This request encompasses all notices, copies and pleadings, including, but not limited to, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings or requests, Applications, and any other documents brought before this Court, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, e-mail, the Court's electronic filings system or otherwise which in effect or seeks to affect the Defendants in the above styled case.

| | |
|---|---|
| Respectfully Submitted, | Date: This Friday, April 26, 2019 |
| **MALDONADO LAW GROUP** | By: __/s/_Edward _A. Maldonado_/s/_ |
| 2850 Douglas Road, Suite 303 | Edward A. Maldonado, Esq. |
| Coral Gables, Florida 33134 | Florida Bar No. 0129781 |
| Telephone: (305) 477-7580 | |
| Facsimile: (305) 477-7504 | |
| E-mail: eam@maldonado-group.com | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this April 26, 2019, a true and correct copy of the above foregoing Notice of Appearance for and by the Defendant was served via electronic mail on the following:

**COUNSEL OF RECORD FOR PLAINTIFF**:

> Mr. Jibrael S. Hindi, Esq.
> The Law Offices of Jibrael S. Hindi, PLLC
> 110 SE 6th Street, Suite 1744
> Fort Lauderdale, FL 33301
> Tel: 954-907-1136
> Fax: 855-529-9540
> Email: jibrael@jibraellaw.com