## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Mario Guerra, individually and ) | | Case No. 19-cv-60694-PDG |
| On behalf of other similarly situated ) | | |
| ) | | |
| ) | | |
| Plaintiff,           ) | | CLASS ACTION |
| ) | | |
| v.              ) | | |
| ) | | |
| Islacel Corporation          ) | | |
| ) | | |
| ) | | |
| Defendant.          ) | | |
| ) | | |

### STIPULATED MOTION FOR DEFENDANT'S ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT.

Defendant, ISLACEL CORPORATION, (the Defendant), by and through undersigned Counsel and pursuant to Federal Rules of Civil Procedure, Rule 6(b), respectfully files this Stipulated Motion For An Enlargement Of Time To Answer or otherwise Respond to the complaint in the above-captioned action stating as follows:

On March 18, 2019, Plaintiff, Mario Guerra filed the instant Complaint.  Thereafter, the Complaint was served upon a registered agent of Defendant on March 21, 2019.  There was an inadvertent irregularity on the summons that gave Defendant impression that Answer or response was due within sixty (60) days and not the twenty-one (21) days afforded under the Federal Rules of Civil Procedure.  Defendant subsequently retained the undersigned Counsel on April 25, 2019.  Defendant's counsel identified this issue and immediately conferred with Plaintiff's

Case No. 19-cv-60694-PDG

counsel on the matter. Plaintiff and Defendant have agreed to a fourteen (14) enlargement of time for the Defendant to answer or otherwise respond to the Complaint to avoid cumbersome Motion practice before the Court and allow this case to proceed thereafter on its normal course. Plaintiff and Defendant respectfully request that the Court grant Defendant an enlargement of time until **May 10, 2019** to answer or otherwise respond to the Complaint.

**WHEREFORE,** the Defendant respectfully request that this stipulated motion for enlargement of time be in all respects granted.

Respectfully Submitted,                              Date: This Friday, April 26, 2019

**MALDONADO LAW GROUP**                    By: /s/ Edward_A._Maldonado /s/
2850 Douglas Road. Suite 303                     Mr. Edward A. Maldonado, Esq.
Coral Gables, Florida 33134                         Florida Bar No. 0129781
Telephone: (305) 477-7580                          **Counsel for Defendant**
Facsimile: (305) 477-7504
E-mail: eam@maldonado-group.com

And

The Law Offices of Jibrael S. Hindi, PLLC      By: /s/  Jibrael S. Hindi, Esq. /s/
110 SE 6th Street, Suite 1744                        Mr. Jibrael S. Hindi, Esq
Fort Lauderdale, FL 33301                            Florida Bar No.
Tel: 954-907-1136                                         **Counsel for Plaintiff**
Fax: 855-529-9540
Email: jibrael@jibraellaw.com