UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60694-CIV-ALTMAN/Hunt

**MARIO GUERRA**,
*individually and on behalf of all others similarly situated,*

    Plaintiffs,

v.

**ISLACEL CORPORATION**,

    Defendant.

_____/

**ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **May 21, 2019.** In addition, by **May 21, 2019,** the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

    **DONE AND ORDERED** in Fort Lauderdale, Florida this 8th day of May 2019.

                                                             **ROY K. ALTMAN**
                                                             **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record