**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 19-60694-CIV-ALTMAN/Hunt**

**MARIO GUERRA**,
*individually and on behalf of all others similarly situated,*

    Plaintiffs,
v.

**ISLACEL CORPORATION**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On May 9, 2019, the Court ordered [ECF No. 11] the parties to file a Joint Scheduling Report and Certificate of Interested Parties no later than May 21, 2019. The time to file that Report has passed and, to date, the parties have not complied. Accordingly, the Court hereby

**ORDERS AND ADJUDGES** that, on or before **June 3, 2019**, the parties shall file a Joint Scheduling Report and Certificates of Interested Parties. Failure to comply will result in appropriate sanctions, including dismissal without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 31st day of May, 2019.

                                       _____
                                       **ROY K. ALTMAN**
                                       **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record