Rule 7.1 Certification                                    Case No. 19-cv-60694-PDG

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Mario Guerra, individually and ) <br> On behalf of other similarly situated ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Islacel Corporation ) <br> ) <br> ) <br> Defendant. ) <br> ) | Case No. 19-cv-60694-PDG <br><br><br> CLASS ACTION |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Fed R. Civ. P., and this Court's Order requiring Certificate of Interested Parties, Defendant Islacel Corporation, by and through undersigned counsel, identifies the following persons and/or corporations that have a financial interest in the outcome of this case:

1. Defendant is neither a public corporation nor does it have any subsidiaries, conglomerates, affiliates, parent corporations or any other identifiable legal entities related to party in the above captioned case that are publically held corporations;

2. **Islacel Corporation**, a Florida corporation;

3. **Mr. Osmanny Concepcion**, sole owner of Defendant Islacel Corporation

## CERTIFICATION

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and/or magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Rule 7.1 Certification                                                                 Case No. 19-cv-60694-PDG

**Respectfully Submitted,**                              **Date**: Wednesday, June 26, 2019
**On Behalf of Defendant Islacel Corporation**

Law Offices of Edward A. Maldonado, P.A.
**MALDONADO LAW**                                        By:___/s/_Edward_A. Maldonado /s/__
2850 Douglas Road. Suite 303                             Edward A. Maldonado, Esq.
Coral Gables, Florida 33134                              Florida Bar No. 0129781
Telephone: (305) 477-7580 ex 214                         Attorney for Defendant
Facsimile: (305) 477-7504
E-mail: eam@maldonado-group.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this June 26, 2019, a true and correct copy of the above foregoing FED. R. CIV. P. 7.1 Certification and Disclosure for and by the Defendant was served via electronic mail on the following:

**COUNSEL OF RECORD FOR PLAINTIFF**:

>Mr. Jibrael S. Hindi, Esq.
>The Law Offices of Jibrael S. Hindi, PLLC
>110 SE 6th Street, Suite 1744
>Fort Lauderdale, FL 33301
>Tel: 954-907-1136
>Fax: 855-529-9540
>Email: jibrael@jibraellaw.com

**Respectfully Submitted,**                              **Date**: Wednesday, June 26, 2019
**On Behalf of Defendant Islacel Corporation**

Law Offices of Edward A. Maldonado, P.A.
**MALDONADO LAW**                                        By:___/s/_Edward_A. Maldonado /s/__
2850 Douglas Road. Suite 303                             Edward A. Maldonado, Esq.
Coral Gables, Florida 33134                              Florida Bar No. 0129781
Telephone: (305) 477-7580 ex 214                         Attorney for Defendant
Facsimile: (305) 477-7504
E-mail: eam@maldonado-group.com